IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGIO SOLUCIONES DIGITALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CUBI, INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-03226-CRB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS** |

Plaintiff's motion for default judgment against Defendants N3N, Inc. and Cubi, Inc. is GRANTED. Judgment is hereby entered in favor of Plaintiff and against Defendants in the amount of $63,795.56. This includes the principal sum of $54,545.28, together with $9,250.28 in prejudgment interest from the date of breach (April 7, 2020) to the date of this order (December 17, 2021). See Cal. Civ. Code § 3289. The Court notes that Plaintiff's bill of cost was premature.

**IT IS SO ORDERED.**

Dated: December 17, 2021

CHARLES R. BREYER
United States District Judge